# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY JOHNSON, | Case No. **3:13-cv-1121-MMA-WVG** |
| Plaintiffs, | |
| vs. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| MIDLAND FUNDING, LLC; MINDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., | [Doc. No. 13] |
| Defendant. | |

Based upon the Joint Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice. The parties will bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Date: January 8, 2014_____        _____
                                     Hon. Michael M. Anello
                                     United States District Judge